

Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio

★ ★ ★                                                    ★ ★ ★

**MEMORANDUM OPINION**

No. 04-10-00490-CV

**IN RE** Jesse K. **PRATHER**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Sandee Bryan Marion, Justice
              Phylis J. Speedlin, Justice
              Rebecca Simmons, Justice

Delivered and Filed: July 28, 2010

PETITION FOR WRIT OF MANDAMUS DENIED

On July 1, 2010, relator Jesse K. Prather filed a petition for writ of mandamus. The court has considered relator's petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 08-03-00042-CVK, styled *Jesse K. Prather v. Tex. Bd. of Criminal Justice, et al.,* in the 218th Judicial District Court, Karnes County, Texas, the Honorable Stella Saxon presiding.